IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| QOTD Film Investment, Ltd., a business organization organized in the United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-26,<br><br>Defendants. | No. CV-16-01021-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed on or after July 13, 2016, without further notice to Plaintiff, unless before then Plaintiff has served Defendants with process and has filed with the clerk of the court proof thereof pursuant to Rule 4(l).

Dated this 14th day of June, 2016.

Neil V. Wake
United States District Judge