IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| QOTD Film Investment Limited, a business organized in the United Kingdom,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>John and Jane Does 1-26,<br><br>　　　　Defendants. | No. CV-16-1021-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED denying the Plaintiff's Rule 4(M) Motion to Extend Service Deadline by 90 Days (Doc. 11) without prejudice to renewing after the filing of an amended complaint.

IT IS FURTHER ORDERED that Plaintiff shall have up to and including Friday, July 15, 2016, to file a motion to amend to the Complaint to add the specific names of the Doe Defendants.

DATED this 22nd day of June, 2016.

_____
Neil V. Wake
United States District Judge