Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023154)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| QOTD Film Investment, Ltd., a business organization organized in the United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-26,<br><br>Defendants. | Case No. 2:16-cv-01021-NVW<br><br>**NOTICE OF DISMISSAL OF DOE DEFENDANTS 8 & 25 WITH PREJUDICE** |

    QOTD Film Investment, Ltd. provides notice of its voluntary dismissal of John Doe Defendant 8, associated with IP address 68.3.26.154 and John Doe Defendant 25, associated with IP address 68.2.204.78. Each party shall bear its own attorneys' fees and costs. John Does 8 and 25 have not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

    Plaintiff is not dismissing any other Doe Defendants at this time.

RESPECTFULLY SUBMITTED this 8th of July, 2016.

KERCSMAR & FELTUS PLLC


By *s/Gregory Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*