Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023154)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| QOTD Film Investment, Ltd., a business organization organized in the United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-26,<br><br>Defendants. | Case No. 2:16-cv-01021-NVW<br><br>**NOTICE OF DISMISSAL OF DOE DEFENDANTS 1-7, 9-24, & 26 WITHOUT PREJUDICE** |

QOTD Film Investment, Ltd. provides notice of its voluntary dismissal of John Doe Defendants 1-7, 9-24, and 26 without prejudice. These John Does have not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

Plaintiff has separately filed a Notice of Dismissal of John Does 8 and 25 With Prejudice. (Dkt.#13.) With the dismissal without prejudice of the John Doe Defendants identified here, this action is now concluded and can be terminated.

RESPECTFULLY SUBMITTED this 8th of July, 2016.

KERCSMAR & FELTUS PLLC

By *s/Gregory Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*